2

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

FILED
AUG 14 1998

Michael N. Milby, Clerk of Court

Amfels

*versus*

Doucet and Adams, et al

§
§
§
§
§
§
§
§

CIVIL ACTION B-97-136

United States District Court
Southern District of Texas
ENTERED
AUG 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

Order of Dismissal for Want of Prosecution

Because the summons has not been served within 120 days of the filing of the complaint, this action is dismissed without prejudice for want of prosecution. Fed. R. Civ. P. 4(m).

Signed August 14, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge